**Order filed November 14, 2018**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-18-00890-CV

———————

### IN THE INTEREST OF A.C.S. AND T.R.L., CHILDREN

---

**On Appeal from the 314th District Court
Harris County, Texas
Trial Court Cause No. 2017-04129J**

---

## ORDER

This is an accelerated appeal from a judgment in a parental termination appeal. There are two appellants: P.A.L. and E.S.T. Each appellant's brief was due November 12, 2018. P.A.L. sought and received an extension until December 3, 2018. E.S.T. has not requested an extension.

Appeals in parental termination cases and child protection cases are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* Tex. R. Jud. Admin. 6.2(a) (effective May 1, 2012). This accelerated schedule requires greater compliance with briefing deadlines.

We order **William Thursland**, appointed counsel for E.S.T., to file E.S.T.'s brief no later than **December 3, 2018.** No further extensions **for either appellant** will be granted absent extraordinary circumstances.

If E.S.T.'s brief is not filed by that date, Thursland may be required to show cause why he should not be held in contempt of court. In addition, the court may require appointment of new counsel due to the failure to timely file E.S.T.'s brief.

PER CURIAM